No. 1015. DONAHOE'S INCORPORATED PREFERRED AND CLASS A STOCKHOLDERS' PROTECTIVE ASSOCIATION ET AL. *v.* DONAHOE'S INCORPORATED ET AL. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Samuel G. Wagner* for petitioners.

*Messrs. William D. Donnelly* and *Charles S. Lynch* for respondents.